DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMARA L. SEWARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1644

[October 14, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case Nos. 43-2005-CF-000313A and 43-2010-CF-000953A.

Samara L. Seward, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***